UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CASE NO. 8:08CR291 |
| **Plaintiff,** | ) ) ) | |
| vs. | ) ) ) | **FINAL ORDER OF FORFEITURE** |
| **TERENCE WILLIAMS,** | ) ) ) | |
| **Defendant.** | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 61). The Court reviews the record in this case and, being duly advised in the premises, find as follows:

1. On December 11, 2008, the Court entered a Preliminary Order of Forfeiture under Title 18, United States Code, Sections 922(g)(3), 924(d) and Title 28, United States Code, Section 2461(c), based on the Defendant's plea of guilty to Counts I and III of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a Smith and Wesson 9mm pistol, serial number PAV5769, was forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official Government internet site (www.forfeiture.gov) for at least thirty consecutive days, beginning on March 9, 2009, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. A Declaration of Publication was filed herein on May 8, 2009 (Filing No. 60).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 61) is hereby sustained.

B.  All right, title and interest in and to the Smith and Wesson 9mm pistol, serial number PAV5769, held by any person or entity, is hereby forever barred and foreclosed.

C.  The Smith and Wesson 9mm pistol, serial number PAV5769, be, and the same hereby is, forfeited to the United States of America .

D.  The Bureau of Alcohol, Tobacco and Firearms for the District of Nebraska is directed to dispose of said property in accordance with law.

DATED this 8th day of May, 2009.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge